**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GLENDA RICHARDSON     **FILED**    :     CIVIL ACTION

     **v.**       JUL 1 6 2012    :

JOSEPH VAS     MICHAEL E. KUNZ, Clerk :    NO. 12-2991
RALPH VAS      By_____Dep. Clerk :

<u>ORDER</u>

AND NOW, this $13^{rz}$ day of July, 2012, upon consideration of plaintiff's motion to proceed <u>in forma pauperis</u> and her <u>pro se</u> complaint, it is ORDERED that:

    1.   Leave to proceed <u>in forma pauperis</u> is GRANTED.

    2.   Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

    3.   This case shall be marked CLOSED.

BY THE COURT:

_____
C. DARNELL JONES, II, J.