IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENDA RICHARDSON | FILED : | CIVIL ACTION |
| v. | JUL 1 6 2012 : | |
| JOSEPH VAS<br>RALPH VAS | MICHAEL E. KUNZ, Clerk :<br>By_____Dep. Clerk : | NO. 12-2991 |

## ORDER

AND NOW, this /3rd day of July, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and her pro se complaint, it is ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. This case shall be marked CLOSED.

BY THE COURT:

_____
C. DARNELL JONES, II, J.